# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
November 11, 2025

Lyle W. Cayce
Clerk

No. 24-20426

———————————

Jonathan Hayes,

*Plaintiff—Appellant*,

*versus*

City of Houston; Officer Clay Barnes, *in his individual capacity*; Officer Michael Daus, *in his individual capacity*,

*Defendants—Appellees*.

———————————————————

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:23-CV-3782

———————————————————

Before Barksdale, Willett, and Duncan, *Circuit Judges*.

Per Curiam:*

Having carefully reviewed the briefs, the record, and the applicable law—and with the benefit of oral argument—we conclude that the district court committed no reversible error in granting summary judgment to the defendants. We therefore AFFIRM, substantially for the reasons stated by the district court.

———————————————

* This opinion is not designated for publication. *See* 5th Cir. R. 47.5.